1

2

3

4

5                             UNITED STATES DISTRICT COURT
                            WESTERN DISTRICT OF WASHINGTON
6                                      AT SEATTLE

7    QUY DINH NGUYEN,

8                          Petitioner,                    Case No.  C22-1127RSM

9             v.

10   UNITED STATES OF AMERICA,                            ORDER DIRECTING THE
                                                          UNITED STATES TO
11                         Respondent.                    ANSWER §2255 PETITION

12

13

14           This matter comes before the Court on Petitioner's Motion to Vacate, Set Aside,

15   or Correct Sentence Pursuant to 28 U.S.C. §2255 (Dkt. #1). After a preliminary review of the

16   motion, the Court ORDERS as follows:

17           (1)  Within forty-five (45) days after the filing of this Order, the United States shall file

18   and serve an Answer in accordance with Rule 5 of the Rules Governing Section 2255 Cases in

19   United States District Courts. As part of its Answer, the United States shall state its position as

20   to whether an evidentiary hearing is necessary, whether any discovery is necessary, whether

21   there is any issue as to abuse or delay under Rule 9, and whether Petitioner's motion is barred

22   by the statute of limitations.

23           (2)  On the face of its Answer, the United States shall note this matter for the

24   fourth Friday following the filing of its Answer, and the Clerk shall note the matter on

25   the Court's docket accordingly.


ORDER

1    (3)  Petitioner may file a Reply to the Answer no later than the noting date.

2  The Clerk shall direct a copy of this Order to Petitioner.

3        DATED this 26th day of September, 2022.

4

5

6

7

8        RICARDO S. MARTINEZ
        UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER